IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Uniontown Newspapers, Inc., d/b/a : 
The Herald Standard; and Christine : 
Haines, : 
                 Petitioners :   No. 66 M.D. 2015
                    : 
        v. : 
                    : 
Pennsylvania Department of : 
Corrections, : 
                 Respondent : 

**PER CURIAM**

# **O R D E R**

AND NOW, this 31st day of May, 2018, it is ordered that the above-captioned opinion filed on March 23, 2018, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.